UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-05-2094-LRS-3 |
| Plaintiff, ) | ORDER ON DETENTION REVIEW HEARING |
| v. ) | |
| SALVADOR C. MENDOZA ) | |
| Defendant. ) | |

A detention review hearing was held October 31, 2005. James Hagarty, Esq., appeared for the government. Defendant was present with counsel Kenneth Therrien, Esq.

On the issue of detention, the government argued that the circumstances remain the same and, if released, defendant would present a high risk of flight and a danger to the community.

The defendant requested release on his own recognizance or minimal bail.

The Court noted that nothing presented at today's hearing offset his previous decision and pursuant to 18 USC § 3143, this Court finds by clear and convincing evidence that the defendant is likely to flee, and further, that the evidence is clear and convincing that there are no conditions that could be imposed which would protect community safety.

**IT IS ORDERED** that defendant's motion to reconsider is denied. (Ct Rec. 113)

ORDER ON DETENTION - 1
REVIEW HEARING

**IT IS FURTHER ORDERED**:

1. Defendant shall continue to be held in detention pending disposition of this case or until further order of the court.

DATED this 31st day of October, 2005.

                                              s/Michael W. Leavitt
                                              MICHAEL W. LEAVITT
                                      United States Magistrate Judge